Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Bankruptcy Proceeding No.: 18−27035
Chapter: 7
Judge: Donald R Cassling

In Re:
　Corinne Bundy
　115 Linden
　Bellwood, IL 60104

Social Security No.:
　xxx−xx−4961

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 619, Chicago, IL 60604

on November 6, 2018 at 09:30 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 12, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Corinne Bundy
115 Linden
Bellwood, IL 60104
SSN: xxx−xx−4961 EIN: N.A.

Case No. :   18−27035
Chapter :   7
Judge :   Donald R Cassling

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Statement of Financial Affairs (Form 107/207).**
· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**
· **Schedule A−B (Form 106A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D).**
· **Schedule G (Form 106G).**
· **Schedule H (Form 106H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 12, 2018

<u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-27035-DRC
Corinne Bundy                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: agalimba          Page 1 of 1          Date Rcvd: Oct 12, 2018
                              Form ID: ntchrgRq       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             +Corinne Bundy,    115 Linden,    Bellwood, IL 60104-1238
27112362        Boyle Feinberg Sharma,    N LaSalle St Suite 3440,    Chicago IL 60603
27112357       +Home Depot,    PO Box 6497,    Sious Falls SD 57117-6497
27112360       +KIA,    10550 Talbert Ave,    Fountain Valley CA 92708-6031
27112361       +Lincoln Financial Automobile,    PO Box 54200,    Omaha NE 68154-8000
27112356       +Macys,    PO Box 8218,    Mason OH 45040-8218
27112358       +United Consumer,    150 W Grove St,    Middleboro MA 02346-1468
27112353       +chase,    PO Box 15298,    Wilmington DE 19850-5298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27112352       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 13 2018 01:48:13      Capital One,
                 PO Box 30281,    Salt Lake UT 84130-0281
27112351        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 13 2018 01:47:01      Capital One,
                 POB 30285,    Salt Lake City UT 84130-0285
27112354       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 13 2018 01:33:07      Comenity Bank,
                 Po Box 182789,    Columbus OH 43218-2789
27112359       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Oct 13 2018 01:33:30      Hunter Warfield,
                 4620 Woodland Corporate Blvd,    Tampa FL 33614-2415
27112355       +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 01:46:05      SYNCB,   PO Box 965036,
                 Orlando FL 32896-5036
27113369       +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 01:46:04      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Richard J Mason     rmason@mcguirewoods.com, IL54@ecfcbis.com
                                                                                             TOTAL: 2